# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| ROXANNE J. PAGEL, | ) | |
|---|---|---|
| Plaintiff(s), | ) | Case No. 2:17-cv-01547-APG-NJK |
| vs. | ) | **ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | (Docket No. 1) |
| Defendant(s). | ) | |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. Plaintiff failed to complete the application in its entirety, including responding in full to Questions 2, 10, and 13. Accordingly, the application to proceed *in forma pauperis* is **DENIED** without prejudice. Plaintiff shall file a completed application no later than June 29, 2017.[1]

IT IS SO ORDERED.

Dated: June 15, 2017

 _____
 NANCY J. KOPPE
 UNITED STATES MAGISTRATE JUDGE

---

[1] Although the Court does not herein screen the submitted complaint, counsel may wish to ensure that the complaint complies with the requirements outlined by the Court previously. To the extent Plaintiff wishes to do so, she may file an amended complaint concurrently with any renewed *in forma pauperis* application.