# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROXANNE J. PAGEL,

    Plaintiff(s),

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

Case No. 2:17-cv-01547-APG-NJK

**ORDER**

(Docket No. 4)

On June 15, 2017, the Court denied as incomplete Plaintiff's application to proceed *in forma pauperis*. Docket No. 3. On June 26, 2017, Plaintiff filed a renewed application that remains incomplete in that Plaintiff omits her city and state of legal residence. Docket No. 4 at 5 (question 13).[1] Plaintiff shall file, no later than July 7, 2017, a declaration under penalty of perjury stating her city and state of legal residence.

IT IS SO ORDERED.

Dated: June 30, 2017

                              NANCY J. KOPPE
                              UNITED STATES MAGISTRATE JUDGE

---

[1] The daytime telephone number provided has an area code covering Phoenix, Arizona.