Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail cyrus.safa@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
703 S. Eight St.
Las Vegas, NV 89101
Tel.: (702)382-2030
Fax: (702)684-5157
Attorneys for Plaintiff
ROXANNE J. PAGEL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROXANNE J. PAGEL,<br><br>　　　　Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security.<br><br>　　　　Defendant. | Case No.: 2:17-cv-1547-APG-NJK<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO FILE MOTION FOR REVERSAL AND/OR REMAND<br><br>(FIRST REQUEST) |

Plaintiff Roxanne J. Pagel and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 14 days from November 17, 2017 to December 1, 2017 for Plaintiff to file a motion for reversal and/or remand, with all other dates in the Court's Order Concerning Review Of Social Security

-1-

Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Specifically, Counsel requires additional time due to the press of business. Counsel has attended two hearings this week and had three opening briefs scheduled for the week. Counsel intended on maintaining the briefing calendar; however, Counsel now requests additional time in order to properly and competently address the issues in this case.

DATE: November 17, 2017          Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Roxanne J. Pagel


DATE:  November 17, 2017

STEVEN W. MYHRE
Acting United States Attorney


/s/ *Carolyn B. Chen*

BY: _____
Carolyn B. Chen
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|


DATED: November 21, 2017

IT IS SO ORDERED:          _____
UNITED STATES MAGISTRATE JUDGE