1  Cyrus Safa
   Attorney at Law: 13241
   Law Offices of Lawrence D. Rohlfing
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel.: (562) 868-5886
   Fax: (562) 868-5491
4  E-mail cyrus.safa@rohlfinglaw.com

5  Gerald M. Welt
   Attorney at Law: 1575
6  703 S. Eight St.
   Las Vegas, NV 89101
7  Tel.: (702)382-2030
   Fax: (702)684-5157
8
   Attorneys for Plaintiff
9  Roxanne J. Pagel

10

11            **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF NEVADA**
12

13

14

15  ROXANNE J. PAGEL,              )  Case No.: 2:17-cv-01547-APG-NJK
                                   )
16            Plaintiff,           )  STIPULATION FOR DISMISSAL
                                   )
17        vs.                      )
                                   )        **ORDER**
18  NANCY A. BERRYHILL, Acting     )
    Commissioner of Social Security, )
19                                 )
                                   )
20            Defendant.           )
    _____)
21

22        TO THE HONORABLE NANCY J. KOPPE, MAGISTRATE JUDGE OF

23  THE DISTRICT COURT:

24        IT IS HEREBY STIPULATED, by and between Roxanne J. Pagel

25  ("Plaintiff") and Nancy A. Berryhill as the Acting Commissioner of Social

26  Security ("Defendant"), that this matter be dismissed with prejudice, each party to

                                   -1-

1  bear its own fees, costs, and expenses.  The parties enter into this stipulation

2  pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring

3  no separate order of the Court.

4  DATE: December 6, 2017          Respectfully submitted,

5                                  LAW OFFICES OF LAWRENCE D. ROHLFING

6                                       /s/ *Cyrus Safa*

                          BY:_____

7                                       Cyrus Safa
                                        Attorney for plaintiff Roxanne J. Pagel
8

9  DATE: December 6, 2017          STEVEN W. MYHRE
                                   Acting United States Attorney
10                                 Nevada Bar No. 9635

11                                      /s/ *Carolyn B. Chen*

12                                 _____

                                   CAROLYN B. CHEN
13                                 Special Assistant United States Attorney
                                   Attorneys for Defendant Nancy A. Berryhill,
14                                 Acting Commissioner of Social Security
                                   (Per e-mail authorization)
15

16      **IT IS SO ORDERED.**

17

18                                 _____
                                   UNITED STATES DISTRICT JUDGE
                                   Dated: December 18, 2017.
19

20

21

22

23

24

25

26

-2-